IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL LEE CONN**                                                                                      **PLAINTIFF**

**V.**                                    **CASE NO. 5:20-CV-5008**

**SHERIFF TIM HELDER and**
**MAJOR RANDELL DENZER**                                                              **DEFENDANTS**

## JUDGMENT

In accordance with the Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 21st day of May, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE